CHARLES E. ALDRICH, JR., Respondent, *v.* TURNER, CARTER COMPANY, INC., Appellant.

(Argued June 13, 1932; decided July 19, 1932.)

*Clifton P. Williamson* for appellant.
*Frederick C. McLaughlin* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ. Not sitting: POUND, Ch. J.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* LUKE O'NEILL, Appellant.

(Argued June 13, 1932; decided July 19, 1932.)

*Samuel J. Siegel, Joseph D. Edelson* and *Edwin M. Stanton* for appellant.
*Thomas C. T. Crain, District Attorney (Robert C. Taylor* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.